868

No. 185, Misc. PECK v. TORONTO ET AL. Ct. App. Md. Certiorari denied.

No. 187, Misc. FREDERICK v. RODRIGUEZ, ACTING WARDEN. C. A. 10th Cir. Certiorari denied.

No. 188, Misc. LINKER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 189, Misc. THOMAS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Norman H. Sokolow,* Deputy Attorney General, for respondent.

No. 191, Misc. ROBERTS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 195, Misc. BAKER v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 203, Misc. HUBBARD v. PATTERSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 204, Misc. BERRY v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 206, Misc. WHITE v. COOPER ET AL. C. A. 9th Cir. Certiorari denied.

No. 210, Misc. HIZEL v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.